| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Togetherment Management LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known) | **2:25-bk-06335-DPC** |

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Maricopa County Treasurer**<br>Creditor's Name<br>**301 W. Jefferson, Room 100**<br>**Phoenix, AZ 85003-2199**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/15/2023 to 6/20/2024**<br>**Last 4 digits of account number**<br>**47B4**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Hanson Capital, LLC**<br>**2. Lamar, LLC dba Lanma, LLC**<br>**3. Zeustrix McFoo, LLC**<br>**4. Maricopa County Treasurer**<br>**5. Maricopa County Treasurer** | **Describe debtor's property that is subject to a lien**<br>**31206 N. 65th Street, Cave Creek, AZ 85331**<br><br>**Describe the lien**<br>**Property Tax Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,337.16 | $1,300,000.00 |
| **2.2** **Maricopa County Treasurer**<br>Creditor's Name<br>**301 W. Jefferson, Room 100**<br>**Phoenix, AZ 85003-2199**<br>Creditor's mailing address<br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**31206 N. 65th Street, Cave Creek, AZ 85331**<br><br>**Describe the lien**<br>**Property Tax Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | $2,186.97 | $1,300,000.00 |

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 2

| | | | |
|---|---|---|---|
| Debtor | **Togetherment Management LLC**<br>Name | Case number (if known) | **2:25-bk-06335-DPC** |

**Date debt was incurred**
**7/21/2025**

**Last 4 digits of account number**
**47B4**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Hanson Capital, LLC
2. Lamar, LLC dba Lanma, LLC
3. Zeustrix McFoo, LLC
4. Maricopa County Treasurer
5. Maricopa County Treasurer

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$9,524.13**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Docusign Envelope ID: 889818C6-4C07-45F8-95F0-FC9E5413D484

# United States Bankruptcy Court
## District of Arizona

In re **Togetherment Management LLC**　　　　　　　　　Case No. **2:25-bk-06335-DPC**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Amendment to Schedule D, consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date　**8/11/2025 | 2:02 PM PDT**　　　　　　　Signature　*Bruce Wuollet*
　　　　　　　　　　　　　　　　　　　　　　　　　　　DocuSigned By: Bruce Wuollet
　　　　　　　　　　　　　　　　　　　　　　　　**Bruce Wuollet**
　　　　　　　　　　　　　　　　　　　　　　　　Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.